JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCHELLE BAILEY, | Case No. ED CV 18-2262 FMO (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CONSTITUTION LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed. The parties shall bear their own fees and costs.

Dated this 24th day of March, 2020.

                                                                                        /s/
                                                          Fernando M. Olguin
                                                    United States District Judge